# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AME CREATIONS LLC, et al., <br>     Plaintiff, <br><br> v. <br><br> CENTURY CITY MALL, LLC, et al., <br>     Defendant. | CV 21-9538-DSF-JPR <br><br> Order to Show Cause re Dismissal for Lack of Prosecution as to Ritmo Mundo USA, LLC and Ritmo Mundo, LLC |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

    In this case, Ritmo Mundo USA, LLC and Ritmo Mundo, LLC failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before June 24, 2022 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: June 10, 2022

                                                                   Dale S. Fischer <br>
                                                                   United States District Judge