JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AME CREATION LLC, a New York limited liability company; AME RETAIL CA LLC, a California limited liability company,<br><br>                Plaintiffs,<br><br>    v.<br><br>CENTURY CITY MALL, LLC, a Delaware limited liability company d/b/a WESTFIELD CENTURY CITY; UC CENTURY GENPAR, LLC, a Delaware limited liability company; WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware limited partnership; WESTFIELD U.S. HOLDINGS, LLC, a Delaware limited liability company; DAVID ORGELL, INC., a California corporation; RITMO MUNDO USA, LLC, a California limited liability company; RITMO MUNDO, LLC, a California limited liability company; and DOES 1–30, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-09538-DFS-JPR<br><br>**ORDER**<br><br>**(1) DISMISSING COMPLAINT BY PLAINTIFFS AME CREATION LLC AND AME RETAIL CA LLC; AND**<br><br>**(2) STRIKING PLAINTIFF AME RETAIL CA LLC'S ANSWER TO DEFENDANT CENTURY CITY MALL, LLC'S COUNTERCLAIM** |

**ORDER**

Pursuant to the Court's Order Conditionally Granting Motion for Leave to Withdraw as Counsel (Dkt. 45), dated February 8, 2023, and the Declaration of Evan Pitchford in Support of Conkle, Kremer & Engel, PLC's Withdrawal as Counsel for Ame Plaintiffs (Dkt. 46), filed February 14, 2023, plaintiffs Ame Creation LLC and Ame Retail CA LLC ("Plaintiffs") were notified that their failure to appear through counsel no later than March 15, 2023 will result in dismissal of the complaint and striking of the answer to counterclaims. Plaintiffs did not appear through counsel by March 15, 2023, and still have not so appeared.

In light of the foregoing, the Court hereby orders as follows:

1. The Complaint (Dkt. 1), filed by Plaintiffs on December 9, 2021, is dismissed.
2. Ame Retail CA LLC's Answer and Affirmative Defenses to Century City Mall, LLC's Counterclaim (Dkt. 34), filed by plaintiff Ame Retail CA LLC on June 24, 2022, is stricken.

**IT IS SO ORDERED.**

Dated: April 11, 2023

The Honorable Dale S. Fischer
United States District Judge