| | |
|---|---|
| 1 | Gregory S. Korman (SBN 216931) |
| | gregory.korman@katten.com |
| 2 | David Halberstadter (SBN 107033) |
| | david.halberstadter@katten.com |
| 3 | Meegan I. Maczek (SBN 260609) |
| | meegan.maczek@katten.com |
| 4 | Amelia E. Bruckner (SBN 341515) |
| | amelia.bruckner@katten.com |
| 5 | **KATTEN MUCHIN ROSENMAN LLP** |
| | 2029 Century Park East, Suite 2600 |
| 6 | Los Angeles, CA 90067-3012 |
| | Telephone: 310.788.4400 |
| 7 | Facsimile: 310.788.4471 |
| 8 | Attorneys for Defendant |
| 9 | Century City Mall, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | AME CREATIONS LLC, a New York limited liability company; AME RETAIL CA LLC, a California limited liability company, | Case No. 2:21-cv-09538-DFS-JPR |
| | | **DEFENDANT AND COUNTER-CLAIMANT CENTURY CITY MALL, LLC'S REQUEST TO CLERK TO ENTER DEFAULT AGAINST PLAINTIFF AND COUNTER-DEFENDANT AME RETAIL CA LLC** |
| 16 | Plaintiffs, | |
| 17 | v. | Fed. R. Civ. P. 55(a) |
| 18 | CENTURY CITY MALL, LLC, a Delaware limited liability company d/b/a WESTFIELD CENTURY CITY; UC CENTURY GENPAR, LLC, a Delaware limited liability company; WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware limited partnership; WESTFIELD U.S. HOLDINGS, LLC, a Delaware limited liability company; DAVID ORGELL, INC., a California corporation; RITMO MUNDO USA, LLC, a California limited liability company; RITMO MUNDO, LLC, a California limited liability company; and DOES 1–30, inclusive, | [Filed concurrently with Declaration of Meegan Maczek] |
| | | Hon. Dale S. Fischer |
| 26 | Defendants. | |

2:21-cv-09538-DFS-JPR

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, defendant and counter-claimant Century City Mall, LLC ("Westfield") hereby respectfully requests that the Clerk of the above-entitled Court enter default in this matter against plaintiff and counter-defendant Ame Retail CA LLC ("Ame California").

By order dated April 11, 2023, the Court struck Ame California's answer to Westfield's counterclaim. (Dkt. 51.) Now that Ame California's answer has been stricken, entry of default is warranted.

This case was originally filed by Ame California and plaintiff Ame Creations LLC (together, "Plaintiffs") against several defendants on December 9, 2021. (Declaration of Meegan Maczek ("Maczek Decl.") ¶ 2; Dkt. 1.) Plaintiffs later dismissed all defendants but Westfield. (Maczek Decl. ¶ 3; Dkt. 23, 32, 40.)

Westfield filed its Answer to the Complaint plus a Counterclaim for Breach of Contract against Ame California on June 3, 2022. (Maczek Decl. ¶ 4; Dkt. 24.) Ame California filed an Answer and Affirmative Defenses to Westfield's Counterclaim on June 24, 2022. (Maczek Decl. ¶ 5; Dkt. 34.)

In January 2023, Plaintiffs' former counsel, Conkle, Kremer & Engel, PLC, sought to withdraw as counsel. (Maczek Decl. ¶ 6; Dkt. 41.) The Court conditionally granted Plaintiffs' counsel's motion to withdraw on February 8, 2023. (Maczek Decl. ¶ 7; Dkt. 45.) One condition of withdrawal imposed by the Court was that Plaintiffs' counsel notify Plaintiffs that their failure to appear through counsel no later than March 15, 2020, would result in the dismissal of the Complaint and the striking of Ame California's Answer to Westfield's Counterclaim. (*Id.*)

Plaintiffs' former counsel filed a declaration in response to the Court's order attesting that Plaintiffs had been notified that their failure to appear through counsel no later than March 15, 2023, would result in the dismissal of the

1 Complaint and the striking of Ame California's Answer to Westfield's
2 Counterclaim. (Maczek Decl. ¶ 8; Dkt. 46 at 4 ¶ 7.)

3     Plaintiffs did not appear through counsel by March 15, 2023, or thereafter.
4 (Maczek Decl. ¶ 9.)

5     As a result, by order dated April 11, 2023, the Court dismissed the
6 Complaint and struck Ame California's Answer to Westfield's Counterclaim.
7 (Maczek Decl. ¶ 11; Dkt. 51.)

8     Ame California is a limited liability company. Ame California is not a
9 minor or incompetent person. (Maczek Decl. ¶ 12.)

10     The above stated facts are set forth in the accompanying declaration of
11 Meegan Maczek, filed concurrently herewith.

Respectfully submitted,

Dated: April 17, 2023

**KATTEN MUCHIN ROSENMAN LLP**
Gregory S. Korman
David Halberstadter
Meegan I. Maczek
Amelia E. Bruckner

By: */s/ Meegan Maczek*
    Attorneys for Defendant and Counter-Claimant Century City Mall, LLC

2      2:21-cv-09538-DFS-JPR

COUNTER-CLAIMANT CENTURY CITY MALL, LLC'S REQUEST TO CLERK TO
ENTER DEFAULT AGAINST COUNTER-DEFENDANT AME RETAIL CA LLC

156667233