# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AME CREATIONS LLC, et al.<br><br>    Plaintiff(s),<br><br>v.<br><br>CENTURY CITY MALL, LLC, et al.<br><br>    Defendant(s). | CASE NO. 2:21-cv-09538-DSF-JPR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before 6/26/23.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: May 25, 2023

       /s/ *Dale S. Fischer*
       Dale S. Fischer
       United States District Judge