1  Gregory S. Korman (SBN 216931)
   gregory.korman@katten.com
2  David Halberstadter (SBN 107033)
   david.halberstadter@katten.com
3  Meegan I. Maczek (SBN 260609)
   meegan.maczek@katten.com
4  Amelia E. Bruckner (SBN 341515)
   amelia.bruckner@katten.com
5  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
6  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
7  Facsimile: 310.788.4471

8  Attorneys for Defendant and Counter-Claimant
   Century City Mall, LLC
9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| AME CREATIONS LLC, a New York limited liability company; AME RETAIL CA LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY CITY MALL, LLC, a Delaware limited liability company d/b/a WESTFIELD CENTURY CITY; UC CENTURY GENPAR, LLC, a Delaware limited liability company; WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware limited partnership; WESTFIELD U.S. HOLDINGS, LLC, a Delaware limited liability company; DAVID ORGELL, INC., a California corporation; RITMO MUNDO USA, LLC, a California limited liability company; RITMO MUNDO, LLC, a California limited liability company; and DOES 1–30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09538-DFS-JPR<br><br>**DEFENDANT AND COUNTER-CLAIMANT CENTURY CITY MALL, LLC'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT AGAINST PLAINTIFF AND COUNTER-DEFENDANT AME RETAIL CA LLC BY COURT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declarations of Romal Wiratunga, Gregory S. Korman, Keith M. Maziarek, and Meegan Maczek; and [Proposed] Judgment]<br><br>Date: July 31, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 7D<br><br>Hon. Dale S. Fischer |

2:21-cv-09538-DFS-JPR

DEFENDANT AND COUNTER-CLAIMANT CENTURY CITY MALL, LLC'S APPLICATION FOR DEFAULT JUDGMENT AGAINST PLAINTIFF AND COUNTER-DEFENDANT AME RETAIL CA LLC

156672150

**To AME Retail CA, LLC:**

**Please take notice** that on July 31, 2023 at 1:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at 350 West First Street, Los Angeles, CA 90012, defendant and counter-claimant Century City Mall, LLC ("Westfield") will present its application for a default judgment against plaintiff and counter-defendant AME Retail CA, LLC ("Ame Tenant").

Ame Tenant was properly served with Westfield's Answer to Complaint and Counterclaim for Breach of Contract. (Dkt. 24.) Ame Tenant appeared through counsel when it filed this action on December 9, 2021. (Dkt. 1.) Westfield served its Answer to the Complaint and Counterclaim for Breach of Contract against Ame Tenant on Ame Tenant's counsel via the electronic filing system. (Dkt. 24; Dkt. 52-1 ¶ 4, Ex. A.) Ame Tenant filed an Answer and Affirmative Defenses to Westfield's Counterclaim. (Dkt. 34.)

The Court struck Ame Tenant's Answer and Affirmative Defenses to Westfield's Counterclaim on April 11, 2023. (Dkt. 51.) The clerk entered default against Ame California on Westfield's counterclaim on April 24, 2023. (Dkt. 54.)

Concurrently with this Application, and at the time and place of hearing, Westfield will present proof of the following matters:

1. Ame Tenant is not a minor, incompetent person, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. (Declaration of Meegan Maczek ¶ 2.)

2. Notice of this application for default judgment by the Court will be served by mail on June 27, 2023 on Ame Tenant at its last known address pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 55-1. (Declaration of Meegan Maczek ¶ 3.)

1    2:21-cv-09538-DFS-JPR

DEFENDANT AND COUNTER-CLAIMANT CENTURY CITY MALL, LLC'S APPLICATION FOR DEFAULT JUDGMENT AGAINST PLAINTIFF AND COUNTER-DEFENDANT AME RETAIL CA LLC

156672150

3. Westfield is entitled to judgment against Ame Tenant on account of the counterclaim pleaded in Westfield's Answer and Counterclaim for Breach of Contract. (Dkt. 24.)

4. The amount of judgment sought is the sum of $1,307,502.98 (Declaration of Romal Wiratunga ¶ 40, Ex. 2; *see also id.* ¶¶ 19–39, Exs. 3–5.)

5. Westfield is entitled to reasonable attorneys' fees pursuant to the lease as the prevailing party.

6. The amount of attorneys' fees Westfield seeks is $185,370.00. (Declaration of Gregory S. Korman ¶¶ 20–22, Ex. A.)

This Application is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Romal Wiratunga, Gregory S. Korman, Keith M. Maziarek, and Meegan Maczek, and the pleadings, pleadings, files and other matters that may be presented at the hearing.

Dated: June 26, 2023

**KATTEN MUCHIN ROSENMAN LLP**
Gregory S. Korman
David Halberstadter
Meegan I. Maczek
Amelia E. Bruckner

By:  */s/ Gregory S. Korman*
Attorneys for Defendant and Counter-Claimant Century City Mall, LLC