JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AME CREATIONS LLC, a New York limited liability company; et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CENTURY CITY MALL, LLC, a Delaware limited liability company d/b/a WESTFIELD CENTURY CITY, et al.,<br><br>    Defendants. | CV 21-09538-DSF (JPRx)<br><br>Judgment |

The Court having dismissed the Complaint and granted a motion for default judgment as to the Counterclaim,

IT IS ORDERED that judgment be entered in favor of Century City Mall, LLC and against Plaintiffs on the Complaint and in favor of Century City Mall, LLC and against Ame Retail CA LLC on the Counterclaim in the amount of $1,307,502.98 in damages and $166,833.00 in attorneys' fees. Century City Mall, LLC is entitled to recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 11, 2023

                                                        Dale S. Fischer
                                                        United States District Judge